UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY WELLS, next friend of
Mason Brown,

    Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, et al.,

    Defendants.
_____/

Case No. 1:20-cv-845

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This lawsuit was removed to this Court by Defendant Allstate Property and Casualty Insurance Company ("Allstate") on September 2, 2020. Defendant Allstate filed two motions for summary judgment (ECF Nos. 72 and 84). The two motions were referred to the Magistrate Judge, who issued a Report and Recommendation on January 20, 2022, recommending that this Court grant the first motion and deny the second motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 92) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 72) is GRANTED.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 84) is DENIED.

Dated:  February 7, 2022                                        /s/  Paul L. Maloney          
                                                                          Paul L. Maloney
                                                                          United States District Judge